**FILED**
JAN 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8016 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Alberto RAMIREZ-Angulo, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 12, 2008, within the Southern District of California, defendant Jose Alberto RAMIREZ-Angulo did knowingly and intentionally import approximately 28.54 kilograms (62.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Paul Lewenthal, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
Jose Alberto RAMIREZ-Angulo

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Paul Lewenthal.

On January 12, 2008, at approximately 1920 hours, Jose Alberto RAMIREZ-Angulo attempted to enter into the United States at the Calexico, California, West Port of Entry, from the Republic of Mexico. RAMIREZ was the driver and sole occupant of a 1990 Jeep Comanche pick-up truck.

During pre-primary operations, Customs and Border Protection Canine Officer J. Jones was utilizing his canine CE-89 when he came upon RAMIREZ' vehicle. CE-89 alerted to the gas tank area of the vehicle. Officer Barroso was advised of the canine's alert and RAMIREZ was removed from the vehicle. The vehicle was driven to secondary inspection where Officer E. Garcia took over the inspection.

In secondary inspection, Officer Garcia asked RAMIREZ who the vehicle belonged to. RAMIREZ told Officer Garcia that he had owned the vehicle for the past three years and that he was en route to Palm Springs, California. RAMIREZ gave Officer Garcia a negative Customs declaration.

A contractor was called to remove the gas tank. Further inspection of the gas tank revealed an access plate on top of the gas tank. Officer Garcia located several vacuum sealed packages within the gas tank. Officer Garcia discovered and removed a

total of twenty-five (25) packages. A package was probed revealing a green leafy substance. This substance field-tested positive for marijuana. The total weight of the marijuana packages was 28.54 kilograms.

RAMIREZ was arrested for importation of marijuana into the United States. RAMIREZ was advised of his rights in Spanish by Special Agent P. Lewenthal. RAMIREZ stated he understood his rights and agreed to answer questions. RAMIREZ admitted knowledge of the marijuana concealed in the vehicle stating that he was going to be paid $3,000 to smuggle the marijuana to Palm Springs, California.

RAMIREZ was transported to the Imperial County Jail to await his Initial Appearance before a U. S. Magistrate Judge in El Centro, California.